THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM B. BUC-ZYNSKI, Appellant, et al., Defendants.—

Memorandum: On this record we regard the sentence of imprisonment for six months, in addition to the fine imposed, as unduly rigorous. We think the modification of the sentence of

imprisonment to thirty days together with the $500 fine is sufficient punishment. All concur. (Appeal from a judgment which sentenced defendant to imprisonment for six months, with a fine of $500.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.